# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUDA GHAZI SALMU, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC, a Delaware Limited Liability Company;, inclusive,<br><br>Defendants. | Case No. 3:19-cv-01874-LAB (WVG)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |

The joint motion to dismiss (Docket no. 12) is **GRANTED**. The entire action, including all claims stated herein against all parties, is hereby dismissed with prejudice. The parties shall each bear their own costs and attorney's fees.

Dated: March 2, 2020

*Larry A. Burns*

Hon. Larry Alan Burns
Chief United States District Judge